750

Submitted June 12, 1970. *Robert Scandone* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Gallagher, Appellant.

Submitted June 8, 1970. *John J. McCreesh, III,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Garrett, Appellant.

Submitted June 8, 1970. *Russell P. Angermann,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Garrett, Appellant.

Submitted June 12, 1970.

*Harry L. Green, Jr.,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf* and *Richard A. Devlin,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth *v.* Geisler, Appellant.

Submitted June 8, 1970. *Ralph W. D. Levan,* Assistant Public Defender, for appellant; *Grant E. Wesner,* Assistant District Attorney, and *Robert L. Van Hoove,* District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth *v.* Gittlemacker, Appellant.

Submitted June 8, 1970. *Jack Gittlemacker,* appellant, in propria persona; *Stewart J. Greenleaf* and *Paul W. Tressler,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth *v.* Glasshofer, Appellant.

Submitted